```
                  UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF KENTUCKY
                     SOUTHERN DIVISION at LONDON
```

BOBBY GUY KING,                )
                               )
    Petitioner,              )      Civil No. 6: 20-096-JMH
                               )
V.                             )
                               )
USA,                           )      **MEMORANDUM OPINION**
                               )             **AND ORDER**
    Respondent.              )

                          **\*\*\*\* \*\*\*\* \*\*\*\* \*\*\*\***

Petitioner Bobby Guy King is a federal inmate currently confined at the United States Penitentiary ("USP") – McCreary located in Pine Knot, Kentucky. Proceeding without counsel, King has filed a "Motion for Compassionate Release" seeking immediate release to home detention in light of the ongoing COVID-19 pandemic [R. 1].[1] For administrative purposes, King's motion has been docketed as a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. King has neither paid the $5.00 filing fee nor filed a motion for leave to proceed *in forma pauperis*.

This matter is before the Court to conduct the initial screening required by 28 U.S.C. § 2243. *Alexander v. Northern Bureau of Prisons*, 419 F. App'x 544, 545 (6th Cir. 2011). A

---

[1] *See* General Order No. 20-03 (Mar. 23, 2020), docketed in the record at R. 4, for further information about the COVID-19 pandemic.

1

petition will be denied "if it plainly appears from the petition and any attached exhibits that the petitioner is not entitled to relief." Rule 4 of the Rules Governing § 2254 Cases in the United States District Courts (applicable to § 2241 petitions pursuant to Rule 1(b)).

In December 2019, King admitted guilt in the United States District Court for the Northern District of Florida to four separate supervised release violations and was found guilty of another violation. As a result of these violations, King was sentenced to a term of imprisonment of twenty-one months. *United States v. King*, No. 3:01-CR-007-LC-1 (N.D. Fla. 2001) at R. 87, 88. King is currently projected to be released from the custody of the federal Bureau of Prisons ("BOP") on October 13, 2020. *See* https://www.bop.gov/inmateloc/ (last visited on April 27, 2020).

In his petition, King states that he suffers from Hepatitis C, a chronic medical condition that makes him particularly vulnerable to serious illness or death from the COVID-19 outbreak. [R. 1]. He also states that he meets criteria established by the Department of Justice and Congress for early release to home detention, as he is currently serving a prison sentence for a non-violent supervision violation and has less than 12 months left on his sentence before he is scheduled to be released. He also states that he has a stable residence to which he may be released, which

2

is located in Molino, Florida. Based on these circumstances, he asks the Court to grant compassionate release.

However, King's petition must be denied without prejudice. It is clear from reviewing the petition that, rather than a petition for habeas relief filed pursuant to 28 U.S.C. § 2241, the relief that King actually seeks is compassionate release to home detention, which is a motion made pursuant to 18 U.S.C. § 3582(c). However, a motion for modification of an imposed term of imprisonment under 18 U.S.C. § 3582(c) should be made to the Court that sentenced King, not this Court. *See* 18 U.S.C. § 3582(c) (providing the limited circumstances under which the court that imposed a sentence may modify that sentence). Simply put, this Court cannot utilize 18 U.S.C. § 3582(c) to modify a sentence that it did not impose. For this reason, King's § 2241 petition filed in this Court will be denied without prejudice to his ability to seek relief in the Court that sentenced him.

Thus, because the motion filed by King is not a proper petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, his request for relief will be denied.

Accordingly, it is **ORDERED** as follows:

(1) Petitioner Bobby Guy King's motion for compassionate release [R. 1], docketed as a petition for a writ of habeas corpus

3

pursuant to 28 U.S.C. § 2241 for administrative purposes, is **DENIED WITHOUT PREJUDICE;**

(2) This action is **DISMISSED** and **STRICKEN** from the Court's docket; and

(3) Judgment shall be entered contemporaneously with this Memorandum Opinion and Order.

This 27th day of April, 2020.



Signed By:
*Joseph M. Hood*
Senior U.S. District Judge